IN THE UNITED STATE DISTRICT COURT
IN AND FOR THE DISTRICT OF NEW MEXICO

NEIL BERNSTEIN,
        Plaintiff,

v.                                     Case No. 1:11 CV 00783 WDS ACT

MATTHEW A. ROMERO, and
ROMERO FARMS, LLC, a New Mexico
Limited liability company,
        Defendants,

## FINAL JUDGMENT RESULTING FROM RULE 68

THIS MATTER, having come before this Court on Plaintiff's Motion for Entry of Judgment Consistent with Rule 68 (Doc. 59) and this Court being fully advised, FINDS the Motion is well taken,

NOW, THEREFORE, IT IS ORDERED, ADJUGDED AND DECREED,

Plaintiff is hereby awarded judgment against the Defendants, jointly and severally, for the total sum of $10,000 in full and final resolution of this action.

_____
U.S. District Court Judge

Approved and submitted by:

VANCE, CHAVEZ & ASSOCIATES, LLC

*Signed electronically*
James A. Chavez
Attorneys for Plaintiff

Agreed to by:

HATCHER & TEBO, P.A.

*Approved by email 1-17-2013*
Scott Hatcher
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NEIL BERNSTEIN,
    Plaintiff,

vs.                                  Cause No. 11-CV-00783 JCH/ACT

MATTHEW A. ROMERO and
ROMERO FARMS, LLC, a New
Mexico limited liability company,
    Defendants.

## CERTIFICATE OF SERVICE

**COMES NOW** the Plaintiff, by and through his attorneys of record, Vance, Chavez & Associates, LLC (James A. Chavez, P.C.), and certifies that Plaintiff's counsel provided Plaintiff with the Notice of Hearing on Plaintiff's Clarification and Motion to Withdraw as Counsel on January 23, 2013, by email to Mr. Bernstein at nybernstein@yahoo.com and by first class mail to the following addresses previously provided by Mr. Bernstein: 4110 East Arabian Circle, Tucson AZ 875739; 51 Dispatch Rd., Washington Crossing, PA 18977; and PO Box 35011, Tucson AZ 85740. Plaintiff's counsel also emailed the Notice of Hearing on Plaintiff's Clarification and Motion to Withdraw as Counsel to Mr. Bernstein at nybernstein@yahoo.com on January 24, 2013. A true and accurate copy of this certificate was emailed or mailed to all parties as indicated below on this 25th day of January, 2013:

    HATCHER & TEBO, P.A.
    Scott Hatcher
    Attorneys for Defendants
    150 Washington Ave. # 204
    Santa Fe, NM 87501
    505 983-6524
    shatcher@hatchertebo.com

    Neil Bernstein
    *Via first class mail to:*