# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

NEIL BERNSTEIN,

    Plaintiff,

vs.                                                             CV 11-783 JH/ACT

MATTHEW ROMERO and
ROMERO FARMS, a New Mexico
limited liability company,

    Defendants.

## ORDER REGARDING COMMUNICATIONS WITH THE COURT

Pro-se Plaintiff, Neil Bernstein is hereby instructed to cease sending e-mails to this Court or any member of the Court staff or Judges' chambers except for the transmittal of proposed orders. The email address to submit proposed orders is jchproposedtext@nmcourt.fed.us. This email address is not to be used by Mr. Bernstein for further communication with this Court to discuss the case and the Court will disregard all emails sent to the Court's staff or chambers. Mr. Bernstein must make his arguments, if any, in a properly-filed reply so that the Defendants are aware of his arguments.

As a pro-se party Mr. Bernstein is required to follow the Federal Rules of Civil Procedure as well the United States District Court District of New Mexico's Local Rules of Civil Procedure and communicate with the Court in the proper pleadings format. The Local Rules and some forms are available at the Court's website. http://www.nmcourt.fed.us/web/DCDOCS/dcindex.html

                                                                 _____
                                                            UNITED STATES DISTRICT COURT JUDGE