*11cv783JCH/ACT*

APPEAL FOR FEDERAL CASE BERNSTEIN vs MATTHEW A. ROMERO AND ROMERO FARMS LLC 1.11 000793 ACT IN FEDERAL DISTRICT COURT ABUQURQUE, NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
13 SEP -6 PM 2:01
MATTHEW J. DYKMAN
CLERK ALBUQUERQUE

COMES NOW THAT PLAINTIFF NEIL D. BERNSTEIN RESPECTFULLY AND MOTIONS FOR THE COURT TO APPEAL JUDGE JUDITH HERRARA'S RECENT DENIAL FOR PLAINTIFF NEIL BERNSTEIN'S MOTION TO REOPEN AND MOVE SAID CASE TO PHILADELPHIA.

IT IS UNDERSTOOD BY PLAINTIFF THAT THE PORTION OF SAID MOTION WHICH REQUESTED THAT THE CASE BE "MOVED" TO PENNSYLVANIA, MAY HAVE BEEN OUTSIDE WHAT THE COURT MAY HAVE DEEMED REASONABLE, HOWEVER, PLAINTIFF NEIL BERNSTEIN ASSERT THAT THE MULTITUDE OF EMAIL COMMUNICATIONS BETWEEN PLAINTIFF HIS X'ATTORNEY JAMES CHAVEZ AND COPIES OF SAME WHICH WERE IN FACT COPIED TO DEFENDANTS COUNCEL ARE ADEQUATE TO PROVIDE THE COURT WITH A SUBSTANTIAL AND THEREFORE LEGITIMATE MEANS TO PROVE THAT BOTH HIS X'COUNCEL HAD ABSOLUELY NO AUTHORITY TO "SETTLE AND VACATE" THIS 2 MILLION DOLLAR DAMAGES CASE AND OR THAT OPPOSING COUNCEL FOR THE DEFENDANT WAS ADDITIONALLY AWARE THAT ATTORNEY FOR PLAINTIFF AND HE HAD NO AUTHORITY TO "SETTLE AND VACATE SAME" FOR THE AFOREMENTIONED TEN'THOUSAND DOLLARS WITHOUT PLAINTIFF NEIL BERNSTEIN'S CONSCENT, KNOWELEDGE OR AUTHORITY. IT IS FURTHERMORE APPARENT TO THE PLAINTIFF THAT Mr. Chavez has yet to provide either the plaintiff Neil Bernstein or the court with a signed contingency contract, or any other proof that Mr. Chavez in concert with opposing councel had at any time authority written or otherwise consent or agreement from PLAITIFF NEIL BERNSTEIN to SETTLE AND VACATE this case before JUDGE JUDITH HERRARA IN FEBRUARY OF 2013.

ADDITIONALLY, PLAINTIFF NEIL BERNSTEIN NOW AS THE DIRECT WITHDRAWL OF ATTORNEY CHAVEZ ACTING ON A pro sea BASIS WITHDRAWS HIS PREVIOUS MOTION TO "MOVE_ SAID CASE FOR DAMAGES, AND, AGREES

THAT THIS CASE CAN BE CORRECTLY RENDERED VIA JUDGE AND OR JURY WITHIN THE FEDERAL COURT)S= OF ALBUQURQUE, NEW MEXICO.

Respectfully submitted this day

July 20-2013 by plaintiff Neil Bernstein acting in a pro se capacity.

*[signature]* 12 July/2013

Neil Bernstein
PO Box 1611
Milford PA,
18337

Federal District Court
Dist. of New Mexico
333 Lomas Blvd N.W.
Albuquerque, New Mexico



RECEIVED
At Albuquerque NM
SEP 0 6 2013
MATTHEW J. DYKMAN
CLERK